THE STATE OF KANSAS, *ex rel.*, *etc.*, v. THE CITY OF IOLA. No. 12,-040. (67 Pac. 1133.) Error from Allen district court. Opinion filed March 8, 1902. Division one. *Dismissed.* Oscar Foust & Son, and Ewing & Savage, for The State. Travis Morse, and Thompson & Thompson, for defendant in error.

CYRUS LELAND, JR., v. H. T. MARCH. No. 12,053. (67 Pac. 1131.) Error from Shawnee district court. Opinion filed March 8, 1902. Division one. *Affirmed.* W. F. Schoch, for plaintiff in error. Keeler & Hite, for defendant in error.

THE CITY OF KANSAS CITY v. JENNIE E. FITZGERALD. No. 12,086. (67 Pac. 1129.) Error from Wyandotte district court. Opinion filed March 8, 1902. Division one. *Affirmed.* T. A. Pollock, city counselor, and M. J. Reitz, city attorney, for plaintiff in error. True & Sims, for defendant in error.

THE MISSOURI PACIFIC RAILWAY COMPANY v. JAMES BLEVINS *et al.* No. 12,475. (67 Pac. 1131.) Error from Montgomery district court. Opinion filed March 8, 1902. Division two. *Reversed.* J. H. Richards, and C. E. Benton, for plaintiff in error. Charlton & Dana, for defendants in error.

S. G. BIGELOW v. J. A. B. BEAR. No. 12,476. (68 Pac. 73.) Error from Miami district court. Opinion filed March 8, 1902. Division two. *Affirmed.* W. J. Joyce, for plaintiff in error. Frank M. Sheridan, and B. T. Riley, for defendant in error.

JOHN W. TATE AND W. H. TRYON v. A. D. CROOKS AND J. L. COOK. No. 12,477. (68 Pac. 74.) Error from Wilson district court. Opinion filed March 8, 1902. Division two. *Reversed.* W. R. Cowley, for plaintiffs in error. S. S. Kirkpatrick & Son for defendants in error.

MARY S. DYE v. ADDISON MILYARD *et al.* No. 12,550. (67 Pac. 1130.) Error from Kearny district court. Opinion filed March 8, 1902. Division two. *Dismissed.* Miller & Hoskinson, for plaintiff in error. E. R. Thorpe, and H. F. Mason, for defendants in error.

*In re* JOHN BAILEY. No, 12,847. (68 Pac. 53.) Original proceedings in *habeas corpus.* Opinion filed March 8, 1902. Division two. *Petitioner remanded.* David Ritchie, for petitioner. George E. Abel, county attorney, and F. H. Dunham, for respondent.

THE STATE OF KANSAS v. ELLA BUCKNER. No. 12,918. (67 Pac. 1132.) Appeal from Shawnee district court. Opinion filed March 8, 1902. Division two. *Affirmed.* A. A. Godard, attorney-general, and Galen Nichols, county attorney, for The State. Joseph Reed, for appellant.

WILLIAM H. TARR v. WILLIAM S. ABRAMS *et al.* No. 11,853. (68 Pac. 605.) Error from court of appeals, northern department. Opinion filed April 5, 1902. Division one. *Dismissed.* Hayden & Hayden, for plaintiff in error. James Falloon, for defendants in error.

A. J. CLEMMANS *et al.* v. HENRY M. TOOTLE *et al.* No. 11,934. (68 Pac. 1126.) Error from Johnson district court. Opinion filed April 5, 1902. Division one. *Affirmed.* A. Smith Devenney, and B. F. Simpson, for plaintiffs in error. O. M. Spencer, Huston & Brewster, Ben. J. Woodson, and Means & Smith, for defendants in error.